```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

```
_____
                               )
I.A.M. NATIONAL PENSION FUND,  )
NATIONAL PENSION PLAN, et al., )
                               )
              Plaintiffs,      )
                               )
      v.                       )   Case No. 07CV0213 RWR
                               )
SPAULDING ELECTRIC COMPANY,    )
   INC.,                       )
                               )
              Defendant.       )
_____)
```

## AFFIDAVIT OF SERVICE

I, Dalton Walker, Jr., being duly authorized to make service of the Summons & Complaint in the above entitled action, hereby depose and say:

I am over the age of twenty-one years.

I am not a party to or otherwise interested in the suit.

My business address is 19531 Lyndon, Detroit, MI 48223

At 2:52 p.m. on the 5th day of February, 2007, I served the within named defendant, Spaulding Electric Company, Inc., by leaving a copy of the Summons & Complaint with William G. Spaulding, President, at 1350 Michigan Avenue, Detroit, MI 48226.

/S/ _____
Process Server

Subscribed and sworn to before me this 6th day of February, 2007.

/S/ _____
Elizdine Heathington
Notary Public

My Commission expires on August 16, 2011.