**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                              )
**I.A.M. NATIONAL PENSION**    )
**FUND, NATIONAL PENSION PLAN**  )
**et al.,**                     )
                              )
        **Plaintiffs,**        )
                              )
    **v.**                     )      **Civil Action No. 07-0213 (RWR)**
                              )
**SPAULDING ELECTRIC COMPANY,**  )
                              )
        **Defendant.**         )
_____ )


## ORDER TO SHOW CAUSE

Plaintiffs filed an affidavit of service stating that defendant was served with a copy of the summons and complaint on February 5, 2007.  Defendant has not answered or otherwise responded and plaintiffs have not sought entry of default or moved for default judgment.  Accordingly, it is hereby

**ORDERED** that on or before April 27, 2007 plaintiffs shall show cause in writing why this case should not be dismissed for lack of prosecution.  Failure to show good cause in writing may result in this case being dismissed.

SIGNED this 13th day of April, 2007.


                    _____/s/_____
                    RICHARD W. ROBERTS
                    United States District Judge