-1-

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                                   )
I.A.M. NATIONAL PENSION FUND,      )
NATIONAL PENSION PLAN, et al.,     )
                                   )
                Plaintiffs,        )
                                   )
     v.                            )  Case No. 07CV0213 RWR
                                   )
SPAULDING ELECTRIC COMPANY,        )
  INC.,                            )
                                   )
                Defendant.         )
_____)
```

NOTICE OF FILING

Plaintiffs, I.A.M. National Pension Fund, National Pension Plan, et al., through their counsel, hereby notify the Court of their intent to file the attached Consent Decree. The parties to this action have agreed that the attached decreed may be filed for the signature of Judge Roberts and that this matter, pending satisfaction of the decree by the defendant, may be dismissed.

Respectfully submitted,

Dated: April 24, 2007

/s/
Joseph P. Martocci, Jr., #955716
1300 Connecticut Avenue, NW,
Suite 300
Washington, DC 20036
(202) 785-2658
jmartocci@iamnpf.org

Attorney for Plaintiffs

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
I.A.M. NATIONAL PENSION FUND,  )
NATIONAL PENSION PLAN, et al., )
                               )
            Plaintiffs,        )
                               )
     v.                        )   Case No. 07CV0213 RWR
                               )
SPAULDING ELECTRIC COMPANY     )
  INC.,                        )
                               )
            Defendant.         )
_____)
```

CONSENT DECREE

Plaintiffs, I.A.M. National Pension Fund, National Pension Plan, et al., have alleged that the defendant, Spaulding Electric Company, Inc., has been delinquent in pension payments which it is obligated by a collective bargaining agreement to make to the Plan.  Defendant admits that it was delinquent in making its pension payments.

The parties having agreed that the following decree may be entered by the Court without findings of fact and conclusions of law having been made, NOW THEREFORE, it is this      day of April, 2007, Ordered Adjudged and Decreed as follows:

1.  Defendant, Spaulding Electric Company, Inc., shall pay the plaintiff Plan, $22,154.01, broken down as follows:

    a.  $16,098.69, pension contributions for the months of April and May, 2006, and July, 2006 through and including November, 2006;

    b.  $4,714.12 ($3,219.75, liquidated damages, and $1,494.37, interest), in satisfaction of its

-2-

        obligations to the Plan under Article V, Section 4 of the Fund Trust Agreement;

    c.    $900.00, attorneys' fees; and

    d.    $441.20, court costs.

2.    The defendant, its officers, agents, successors and assigns are hereby permanently enjoined from failing or refusing, to satisfy this Decree, thereby remitting to the plaintiff Plan the full amount set forth in paragraph 1 above.

3    The defendant, its officers agents, successors and assigns are hereby permanently enjoined, for as long as defendant is obligated to contribute and report to the Plan, from failing or refusing to submit the monthly remittance reports and payments when due, i.e. on or before the twentieth day of the month following the month for which they are due.

                                            _____
                                            Richard W. Roberts
                                            United States District Judge

AGREED TO:
By:

| /S/ | /S/ |
|---|---|
| Joseph P. Martocci, Jr., #955716 | William G. Spaulding |
| 1300 Connecticut Avenue, NW, | 1350 Michigan Avenue |
| Suite 300 | Detroit, MI 48226 |
| Washington, DC 20036 | (313) 962-6200 |
| (202) 785-2658 | |
| jmartocci@iamnpf.org | |
| | President of Defendant |
| Attorney for Plaintiffs | |

2